IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ARRON MICHAEL LEWIS**     **PLAINTIFF**

V.     **CASE NO. 4:21-cv-00862 JM**

**DEXTER PAYNE,** *et al*.     **DEFENDANTS**

## ORDER

On December 22, 2021, mail from the Court to Lewis was returned as undeliverable. (Doc. 6). Lewis has not notified the Court of his change in address. Lewis is directed to do so within 30 days of the date of this Order. If Lewis does not update his address with the Court within 30 days of the date of this Order, this case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

IT IS SO ORDERED this day 27th day of December, 2021.

                    _____
                    UNITED STATES DISTRICT JUDGE