IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ARRON M. LEWIS**                                                                       **PLAINTIFF**

**v.**                      **CASE NO. 4:21-CV-00862 JM**

**DEXTER PAYNE,** *et al.*                                                   **DEFENDANTS**

## **ORDER**

Arron Lewis's mail repeatedly has been returned as undeliverable. (Doc. 6, 8, and 9). The Court ordered Lewis to update his mailing address within thirty days, but that order was also returned, and he has not done so. (Doc. 8). Accordingly, his complaint is dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal of this order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 28th day of January, 2022.

                                                             _____
                                                             UNITED STATES DISTRICT JUDGE